UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **NASREDDINE IRATNI,** | Civil Action No. 20-9065 (MCA) |
| Petitioner, | |
| v. | **MEMORANDUM & ORDER** |
| **H.O. THOMAS DECKER, et. al,** | |
| Respondents. | |

This matter has been opened to the Court by Petitioner Nasreddine I.'s consent motion to seal his medical records. *See* ECF Nos. 4, 5. Petitioner requests that the Court enter an Order pursuant to Local Civil Rule 5.3(c), sealing his medical records from HCCC. The Court will permit these documents to be filed under seal in order to avoid public disclosure of confidential and sensitive information regarding Petitioner's health. In addition, on December 17, 2020, counsel for Petitioner notified the court that Petitioner was removed from the United States and, therefore, requests dismissal of the Petition as moot. *See* ECF No. 13.

**IT IS, THEREFORE**, on this 15th day of March 2021,

**ORDERED** that the consent motion, ECF No. 5, for an Order pursuant to Local Civil Rule 5.3(c), sealing Petitioner's medical records from HCCC, ECF No. 4, is **GRANTED**; and it is further

**ORDERED** that the Petition is dismissed as MOOT in light of Petitioner's removal from the United States; and it is further

**ORDERED** that the Clerk of the Court shall terminate the Motion for a Preliminary Injunction at ECF No. 6 and CLOSE this case accordingly.

<u>s/Madeline Cox Arleo</u><br>
Hon. Madeline Cox Arleo<br>
United States District Judge